IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | 14-cv-5715 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Judge Zagel Magistrate Judge Gilbert |
| SYNCOM PHARMACEUTICALS, INC., and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed R. Civ. Proc. 41(a) and the agreement entered into between the Parties in the above matter, Plaintiff hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

                                                  Respectfully submitted,

                                                  /s/ Dulijaza (Julie) Clark
                                                  Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, hereby certify that on May 28, 2015, the foregoing document was filed electronically, and notification of such filing was served upon the following:

*Via U.S. Mail*

  James Decourgin
  Syncom Pharmaceuticals, Inc.
  125 Clinton Road
  Farfield, New Jersey 07004

*Via Electronic Mail*

  William B. Hayes
  257 Jackson Street
  Denver, Colorado 80206
  sqhayes@aol.com

            /s/ Dulijaza (Julie) Clark
            Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200