# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Holt Healthcare Management Services, Inc.

                    Plaintiff,

v.                                                   Case No.: 1:14–cv–05715

                                                                  Honorable James B. Zagel

Syncom Pharmaceuticals, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2015:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Notice of Dismissal [21], this matter is dismissed with prejudice with respect to Plaintiff's individual claims against Defendant and dismissed without prejudice with respect to Plaintiff's class claims. Each party shall bear their own costs. Status hearing set for 6/11/15 is stricken. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.